## JUDAH *vs.* STAGG'S EXECUTORS.

Where a judgment obtained by *executors* is reversed on *error* brought, the plaintiff is entitled to costs, but the judgment for costs must be *de bonis testatoris*.

*It seems* the executors would be thus liable for the costs in error, although they would not be subject to costs in the court below.

COSTS against executors in error. The executors sued Judah in the *marine court* of the city of New-York, where they were non-suited. On certiorari, the *superior court* of the city of New-York reversed the judgment. Judah then brought error to this court, where the judgment of the superior court was *reversed*, and that of the marine court affirmed. The plaintiff in error perfected the judgment of reversal *with costs* against the defendants in error, which they now move to set aside, on the ground that executors are not liable for costs.

*C. Stevens,* for the executors.

*D. Burwell,* contra.

*By the Court,* BRONSON, J.   The statute exempting ex-
ecutors from costs in suits brought against them, does not
extend to proceedings in *error.*   2 R. S. 90, § 41.   The
whole judgment was reversed, and a new trial was not or-
dered.   In such cases, the statute is general, that the plain-
tiff in error shall recover costs, without any exception in fa-
vor of executors.   2 R. S. 618. § 31.   We are not author-
ized to make an exception which the legislature has not
thought proper to make. *Administrators of Kellogg* v.
*Wilcocks,* 2 *John.* 377.   *Hogeboom* v. *Clark,* 17 *John.* 268.
It seems, however, that the costs can only be levied *de bonis
testatoris.   Gleason* v. *Clark,* 1 *Wendell,* 303.   The re-
mark in that case, that an executor is only liable for costs
in error in cases where he would be subject to costs in the
court below, though such is the rule in England, is not in
accordance with the prior decisions of this court.   The
plaintiff in error was entitled to costs, and for aught that
appears the judgment has been entered that they be levied
of the goods of the testator.

Motion denied.